RECEIVED
APR 30 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH BELL, SR., Petitioner | CIVIL ACTION NO. 1:18-CV-1383-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Bell's §2254 Petitions (Doc. 1) is **DENIED AND DISMISSED** with prejudice as it is untimely.

**SIGNED** at Alexandria, Louisiana, this 29th day of April 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT